1  L. TIMOTHY FISHER (SBN 191626)
   ltfisher@bursor.com
2  BURSOR & FISHER, P.A.
   1990 North California Boulevard, Suite 940
3  Walnut Creek, CA 94596
   Telephone:    925 300 4455
4  Facsimile:    925 407 2700
5
   Attorney for Plaintiffs
6  SHIRLEY CASTILLO and KADEN GEIGER
7
   SARAH CARLSON (SBN 344266)
8  sarah.carlson@dentons.com
   DENTONS US LLP
9  4655 Executive Drive, Suite 700
   San Diego, CA 92121
10 Telephone:    619 236 1414
   Facsimile:    619 232 8311
11
   JUDITH SHOPHET SIDKOFF (SBN 267048)
12 judith.sidkoff@dentons.com
   DENTONS US LLP
13 601 South Figueroa Street
   Suite 2500
14 Los Angeles, CA 90017-5704
   Telephone:    213 623 9300
15 Facsimile:    213 623 9924
16 Attorneys for Defendants
   ATEKCITY CORPORATION
17 and VESYNC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHIRLEY CASTILLO and KADEN GEIGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATEKCITY CORPORATION and VESYNC CORPORATION<br><br>Defendants. | Case No. 4:24-cv-00176-YGR<br><br>**STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br>Date Action Filed: 1/9/2024 |
|---|---|

Plaintiffs Shirley Castillo and Kaden Geiger ("Plaintiffs"), and Defendants Atekcity Corporation and Vesync Corporation ("Defendants"), by and through their respective counsel of record, stipulate to and jointly request the transfer of this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) and the first-to-file rule as follows:

WHEREAS, on April 5, 2023, plaintiffs Nam Tao and Jeanette Finch filed a putative class action in the Central District of California against Arovast Corporation d/b/a Cosori Corporation, an affiliate of Defendants that is wholly-owned by the same parent company, and arising out of the marketing, distribution, sale, and voluntary recall of certain Cosori-branded models of air fryers, captioned *Tao v. Arovast Corp., d/b/a/ Cosori Corp.*, Case No. 8:23-cv-00599 (C.D. Cal. April 5, 2023) (the "*Tao* Action").

WHEREAS, nine months later, on January 9, 2024, Plaintiffs filed this putative class action involving substantially similar allegations arising out of the marketing, distribution, sale, and voluntary recall of Cosori-branded models of air fryers.

WHEREAS, subject to the Court's approval, Plaintiffs and Defendants have agreed to the transfer of this action to the Central,District of California to promote judicial economy and efficiency and because this action and the *Tao* Action implicate substantially the same parties (including overlapping putative classes) and underlying issues.  The defendants in both actions are part of the same family of entities collectively responsible for the import, distribution, and sale of the Cosori-branded air fryer models at issue; all of these entities are headquartered within the Central District of California.  The *Tao* Action has been pending for nearly a year before the Honorable John W. Holcomb in the United States District Court for the Central District of California, and the parties have already engaged in motion practice.  Transfer will allow for the relation of cases and consolidation of discovery and evidence, if appropriate, and will minimize the risk of conflicting rulings or inconsistent judgments in the two matters.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

This action should be transferred to the United States District Court for the Central District of California.

The Parties agree that transfer is without prejudice to any party's right to seek any appropriate relief upon transfer, including but not limited to a motion to stay.

The Parties further agree that, because of the anticipated transfer, Defendants' deadline to respond to Plaintiffs' Complaint shall be 30 days from the date this action is reassigned to a Judge in the United States District Court for Central District of California.

Dated: April 1, 2024　　　　　　　　　　　　DENTONS US LLP

By:   /s/ Sarah Carlson
          Sarah Carlson

Attorneys for Defendants
ATEKCITY CORPORATION
and VESYNC CORPORATION

Dated: April 1, 2024　　　　　　　　　　　　BURSOR & FISHER, P.A

By:   /s/ L. Timothy Fisher
          L. Timothy Fisher

Attorneys for Plaintiffs
SHIRLEY CASTILLO and
KADEN GEIGER

ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil L.R. 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the other signatories above.

Dated: April 1, 2024　　　　　　　　　　　　By:   /s/ Sarah Carlson
          Sarah Carlson

# CERTIFICATE OF SERVICE

I, Lucy Valdez, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

**STIPULATION TO TRANSFER ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA**

as indicated/listed on the United States District Court, Northern District of California's CM/ECF registered email list in the above-referenced matter:

| | |
|---|---|
| L. TIMOTHY FISHER<br>BURSOR & FISHER, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone:     925 300 4455<br>Facsimile:      925 407 2700<br>E-mail:  ltfisher@bursor.com | ***Attorneys for Plaintiff***<br>SHIRLEY CASTILLO and<br>KADEN GEIGER |

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct.

Executed on April 1, 2024, in San Diego, California.

                                                      ___*/s/ Lucy Valdez*___
                                                      Lucy Valdez